IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:13-cv-00282-RJC-DSC

ERIKA PITSKY TISCHLER,

    Plaintiff,

vs.

SUNTRUST BANKS, INC. EMPLOYEE BENEFIT PLAN,

    Defendant.

## ORDER

**THIS MATTER** is before the Court on the "Application For Admission To Practice *Pro Hac Vice*" (document #4) concerning James T. Hedgepath, filed June 27, 2013. Mr. Hedgepath seeks to appear as counsel *pro hac vice* for Defendant Suntrust Banks, Inc. Employee Benefit Plan.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the Motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Hedgepath is admitted to appear before this Court *pro hac vice* on behalf of Defendant Suntrust Banks, Inc. Employee Benefit Plan.

    **SO ORDERED**.

Signed: June 27, 2013

_____
David S. Cayer
United States Magistrate Judge